NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUAN FRANCISCO VEGA,                )
                                    )
            Appellant,              )
                                    )
v.                                  )       Case No. 2D18-4160
                                    )
FLORIDA CIVIL COMMITMENT CENTER;    )
ADMINISTRATOR, DONALD SAWYER,       )
and DENTIST, DR. KUBIK,             )
                                    )
            Appellees.              )
_____ )

Opinion filed April 10, 2019.

Appeal from the Circuit Court for
DeSoto County; Don T. Hall and
James S. Parker, Judges.

Juan Francisco Vega, pro se.

Jeffery R. Lawley of Billing, Cochran,
Lyles, Mauro & Ramsey, P.A., Fort
Lauderdale, for Appellees.


PER CURIAM.

            Affirmed.


SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.